# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL HANN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>　　　　　Defendant | Case No. 2:23-cv-22902<br><br>**SO ORDERED.**<br><br>*/s/  Jamel K. Semper*<br>**HON. JAMEL K. SEMPER**<br>**United States District Judge**<br><br>**February 25, 2025** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, Michael, by and through counsel, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby gives notice of voluntary dismissal of this action without prejudice. Dismissal is proper under Rule 41(a)(1)(A)(ii) as all parties consent to this dismissal without prejudice, with the understanding that Plaintiff Hann will be pleaded in the fourth amended complaint in *In re Metformin Marketing and Sales Practices Litigation*, No. 2:20-cv-2324-MCA-MAH (D.N.J.). Accordingly, Plaintiff may notice dismissal without leave of court.

Dated: February 24, 2025

                          Respectfully Submitted,

                          */s/ James E. Cecchi*
                          JAMES E. CECCHI
                          CARELLA BYRNE CECCHI
                          BRODY & AGNELLO, P.C.
                          5 BECKER FARM ROAD
                          ROSELAND, NJ 07068
                          (973) 994-1700
                          Fax: (973) 994-1744
                          Email: jcecchi@carellabyrne.com

                          *Attorneys for Plaintiff*

SO STIPULATED,

*/s/   Melissa A. Chuderewicz*
Melissa A. Chuderewicz
Ronni E. Fuchs
TROUTMAN PEPPER LOCKE LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel: 609-452-0808
Melissa.Chuderewicz@Troutman.com
Ronni.Fuchs@Troutman.com


*Attorneys for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC*

2